**Gilbert E. GARCIA, Plaintiff—Appellant,**

v.

**HUSKEY, Warden; et al., Defendants—Appellees.**

No. 02–15353.

D.C. No. CV–01–05653–REC.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM**

Gilbert E. Garcia appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action alleging that prison officials acted with deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo dismissals under 28 U.S.C. § 1915(e), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Garcia's action because he conceded in his

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

complaint that he had not exhausted all available prison grievance procedures as required by 42 U.S.C. § 1997e(a). *See Wyatt v. Terhune*, 315 F.3d 1108, 1120–21 (9th Cir.2003) (district court may dismiss complaint based upon inmate's concession that he failed to exhaust).

We deny Garcia's request for appointment of counsel.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the